HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ABRAHAM CHAPA, III, ) | Case No:  1:10-cv-01956-GSA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (45) days up through and including Monday, August 1, 2011 in which to serve their Confidential Letter on Defendant.  This extension is necessitated by recent staff changes, as well as the number of cases the firm presently has pending before this and other district courts that require briefing.

1

STIPULATION AND PROPOSED ORDER

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: June 14, 2011 | */s/CYNTHIA B. DE NARDI*<br>CYNTHIA B. DE NARDI<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Attorney for Defendant |
| Dated: June 14, 2011 | */s/HARVEY P. SACKETT*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>ABRAHAM CHAPA, III |

**ORDER**

Pursuant to the stipulation of the parties, Plaintiff shall have to and including August 1, 2011, within which to file a confidential letter brief. Therefore, Plaintiff's opening brief SHALL be filed with this Court on or before October 5, 2011 (8/1/11 + 65 = 10/5/11).

IT IS SO ORDERED.

Dated:  **June 14, 2011**               **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND PROPOSED ORDER