HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| ABRAHAM CHAPA, III, | ) | Case No:  1:10-cv-01956-GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (14) days up through and including Monday, October 10, 2011 in which to e-file our Opening Brief. This extension is necessitated by a family emergency that required Plaintiff's counsel to travel out of state.

/

1

STIPULATION AND PROPOSED ORDER

|  | BENJAMIN E. HALL, |
|---|---|
|  | United States Attorney |

Authorization granted by
Peter Thompson

Dated: September 23, 2011        */s/THEOPHOUS H. REAGANS*
                                 THEOPHOUS H. REAGANS
                                 Special Assistant U.S. Attorney
                                 Social Security Administration
                                 Attorney for Defendant

Dated: September 23, 2011        */s/HARVEY P. SACKETT*
                                 HARVEY P. SACKETT
                                 Attorney for Plaintiff
                                 ABRAHAM CHAPA, III

**ORDER**

IT IS SO ORDERED.

   Dated:   **September 23, 2011**             **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND PROPOSED ORDER