BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ABRAHAM CHAPA, III | CIVIL NO. 1:10-CV-01956-GSA |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up to and through December 3, 2011, in which to e-file his Responsive Brief. This extension is requested because the Commissioner is reviewing the defensibility of this case. Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

Dated:  October 26, 2011                    *Harvey P. Sackett*
                                            *(As authorized via email on October 21, 2011)*
                                            HARVEY P. SACKETT
                                            Attorney for Plaintiff


                                            BENJAMIN B. WAGNER
                                            United States Attorney
                                            DONNA L. CALVERT
                                            Regional Chief Counsel, Region IX

Dated:  October 26, 2011         By:   */s/ Theophous H. Reagans*
                                       THEOPHOUS H. REAGANS
                                       Special Assistant United States Attorney

## ORDER

Defendant seeks an extension of time of thirty days "up to and through December 3, 2011," within which to file his opposition brief.  By the Court's calculation, a thirty day extension of time would make Defendant's brief due Friday, December 2, 2011.  This is so because Plaintiff's opening brief was filed October 3, 2011 (Doc. 17 [10/3/11 + 30 = 11/2/11; 11/2/11 + 30 = 12/2/11]).

Accordingly, the Court ADOPTS the parties' stipulation with the modification that Defendant's brief is **DUE ON OR BEFORE DECEMBER 2, 2011.**


IT IS SO ORDERED.

**Dated:   October 27, 2011**                    /s/ **Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE

2