1 | BENJAMIN B. WAGNER
United States Attorney
2 | DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
THEOPHOUS H. REAGANS
4 | Special Assistant United States Attorney

5 | 333 Market Street, Suite 1500
San Francisco, California 94105
6 | Telephone: (415) 977-8943
Facsimile: (415) 744-0134
7 | E-Mail: theophous.reagans@ssa.gov

8 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| ABRAHAM CHAPA, III | ) | CIVIL NO. 1:10-CV-01956-GSA |
|---|---|---|
| Plaintiff, | ) ) ) ) | STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF |
| v. | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 14-day extension of time up to and through December 16, 2011, in which to e-file his Responsive Brief. This extension is requested because the Commissioner is continuing to review the merits of the case. Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

Dated: December 1, 2011					*Harvey P. Sackett*
							*(As authorized via email on October 21, 2011)*
							HARVEY P. SACKETT
							Attorney for Plaintiff


							BENJAMIN B. WAGNER
							United States Attorney
							DONNA L. CALVERT
							Regional Chief Counsel, Region IX

Dated: December 1, 2011			By:	*/s/ Theophous H. Reagans*
							THEOPHOUS H. REAGANS
							Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated: December 2, 2011**			**/s/ Gary S. Austin**
							UNITED STATES MAGISTRATE JUDGE