1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN 189450
4
       333 Market Street, Suite 1500
5      San Francisco, CA 94105
       Telephone: (415) 977-8943
6      Fax: (415) 744-0134

7  Attorneys for Defendant

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                     FRESNO DIVISION

11 ABRAHAM CHAPA, III              )  **Case No. 10-CV-01956-GSA**
                                   )
12          Plaintiff,             )  **STIPULATION AND ORDER FOR**
                                   )  **REMAND PURSUANT TO SENTENCE**
13     vs.                         )  **FOUR OF 42 U.S.C. § 405(g),**
                                   )  **and**
14 MICHAEL J. ASTRUE,              )
   Commissioner of Social          )  **REQUEST FOR ENTRY OF JUDGMENT**
15 Security,                       )  **IN FAVOR OF PLAINTIFF AND**
                                   )  **AGAINST DEFENDANT**
16          Defendant.             )
                                   )
17 ─────────────────────────────   )

18      The parties hereby stipulate by counsel, with the Court's

19 approval as indicated by issuance of the attached Order, that the

20 above-referenced case be remanded to the Commissioner of Social

21 Security for further administrative proceedings, pursuant to

22 sentence four of 42 U.S.C. section 405(g).

23      On remand, the Appeals Council will instruct the

24 Administrative Law Judge to take the following action:

25      1)   Re-evaluate the opinions of the State agency physicians

26           and explain the weight given to those opinions;

27

28

Stip & Order Re Remand

2)  Further evaluate the opinion of the treating physician
    and if he rejects that opinion provide specific and
    legitimate reasons for doing so;

3)  Further evaluate the Plaintiff's residual functional
    capacity and provide appropriate rationale;

4)  Obtain supplemental evidence from a vocational expert
    to clarify whether Plaintiff can make a vocational
    adjustment to other jobs that exist in significant
    numbers in the national economy; and

5)  Otherwise develop the record as needed.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff; and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: December 9, 2011              */s/ Harvey P. Sackett*
                                    *(As authorized* via E-MAIL)
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff


Dated: December 9, 2011              BENJAMIN B. WAGNER
                                    United States Attorney
                                    DONNA L. CALVERT
                                    Acting Regional Chief Counsel,
                                    Region IX

                          By:       */s/Theophous H. Reagans*
                                    Theophous H. Reagans
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

**Dated:  December 9, 2011**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

Stip & Order Re Remand                                      Page 3