BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN 189450

        333 Market Street, Suite 1500
        San Francisco, CA 94105
        Telephone: (415) 977-8943
        Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ABRAHAM CHAPA, III | ) **Case No. 10-CV-01956-GSA** |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| | ) **REMAND PURSUANT TO SENTENCE** |
| vs. | ) **FOUR OF 42 U.S.C. § 405(g),** |
| | ) **and** |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social | ) **REQUEST FOR ENTRY OF JUDGMENT** |
| Security, | ) **IN FAVOR OF PLAINTIFF AND** |
| | ) **AGAINST DEFENDANT** |
| Defendant. | ) |
| | ) |

        The parties hereby stipulate by counsel, with the Court's

approval as indicated by issuance of the attached Order, that the

above-referenced case be remanded to the Commissioner of Social

Security for further administrative proceedings, pursuant to

sentence four of 42 U.S.C. section 405(g).

        On remand, the Appeals Council will instruct the

Administrative Law Judge to take the following action:

        1)    Re-evaluate the opinions of the State agency physicians

                and explain the weight given to those opinions;

Stip & Order Re Remand

1   2) Further evaluate the opinion of the treating physician

2     and if he rejects that opinion provide specific and

3     legitimate reasons for doing so;

4   3) Further evaluate the Plaintiff's residual functional

5     capacity and provide appropriate rationale;

6   4) Obtain supplemental evidence from a vocational expert

7     to clarify whether Plaintiff can make a vocational

8     adjustment to other jobs that exist in significant

9     numbers in the national economy; and

10   5) Otherwise develop the record as needed.

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    The parties further request that the Clerk of the Court be
2  directed to enter a final judgment in favor of Plaintiff; and
3  against Defendant, Commissioner of Social Security, reversing the
4  final decision of the Commissioner.

5

6                                   Respectfully submitted,

7  Dated: December 9, 2011        */s/ Harvey P. Sackett*
                                   *(As authorized* via E-MAIL)
8                                  HARVEY P. SACKETT
                                   Attorney for Plaintiff
9

10
11 Dated: December 9, 2011        BENJAMIN B. WAGNER
                                   United States Attorney
                                   DONNA L. CALVERT
12                                 Acting Regional Chief Counsel,
                                   Region IX
13
                            By:    */s/Theophous H. Reagans*
14                                 Theophous H. Reagans
                                   Special Assistant U.S. Attorney
15                                 Attorneys for Defendant

16

17                                **ORDER**

18    IT IS SO ORDERED.

19    **Dated:  December 9, 2011**        /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28