1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS CSBN 189450
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8936
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8                    UNITED STATES DISTRICT COURT,

9                    EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11
   ABRAHAM CHAPA III,                    CASE NO. 1:10-CV-01956-GSA
12
                    Plaintiff,           **STIPULATION AND ORDER SETTLING
13                                        ATTORNEY'S FEES PURSUANT TO THE
   vs.                                    EQUAL ACCESS TO JUSTICE ACT, 28
14                                        U.S.C. § 2412(d)**
   MICHAEL J. ASTRUE,
15 Commissioner of Social Security,

16                    Defendant.
   _____
17

18         IT IS HEREBY STIPULATED by and between the parties through their undersigned

19 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

20 Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND

21 NINE HUNDRED DOLLARS ($5,900.00).  This amount represents compensation for all legal

22 services rendered on behalf of Plaintiff by counsel in connection with this civil action, in

23 accordance with 28 U.S.C. § 2412(d).

24         After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, the

25 government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and

26 costs to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to

27 honor the assignment will depend on whether the fees, expenses and costs are subject to any

28

1  offset allowed under the United States Department of the Treasury's Offset Program.  After the

2  order for EAJA fees, expenses and costs is entered, the government will determine whether they

3  are subject to any offset.

4       Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the

5  Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause

6  the payment of fees, expenses and costs to be made directly to Harvey P. Sackett, pursuant to the

7  assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

8       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

9  attorney fees, expenses and costs, and does not constitute an admission of liability on the part of

10  Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release

11  from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to

12  EAJA attorney fees and expenses and costs in connection with this action.

13       This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

14  Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

15

16                    Respectfully submitted,

17

18  Dated: February 13, 2012          */s/ Harvey P. Sackett*
                                      HARVEY P. SACKETT,
19                                    Attorney for Plaintiff
                                      [as authorized by email]
20  ///
    ///
21  ///
    ///
22  ///
    ///
23  ///
    ///
24  ///
    ///
25  ///
    ///
26  ///
    ///
27  ///
    ///
28

Stipulation and Proposed Order Settling Attorney's Fees Pursuant To The Equal Access To Justice
Act, 28 U.S.C. § 2412(d)

1   Dated: February 13, 2012                          BENJAMIN B. WAGNER
                                                       United States Attorney
2                                                      DONNA L. CALVERT
                                                       Acting Regional Chief Counsel, Region IX
3                                                      Social Security Administration

4
                                               By:     /s/ Theophous H. Reagans
5                                                      THEOPHOUS H. REAGANS
                                                       Special Assistant U.S. Attorney
6
                                                       Attorneys for Defendant
7

8

9

10                                            **ORDER**

11          The foregoing stipulation, filed with this Court on February 13, 2012, is HEREBY

12   adopted and approved.

13

14
            IT IS SO ORDERED.
15
            **Dated:   February 14, 2012**              _____ /s/ **Gary S. Austin** _____
16                                                      UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

---
Stipulation and Proposed Order Settling Attorney's Fees Pursuant To The Equal Access To Justice
Act, 28 U.S.C. § 2412(d)